1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10 | MICHAEL CURTIS TORREY,

11 |                     Petitioner,                    CASE NO. C12-5167-BHS-JRC

12 |          v.                                       ORDER DIRECTING SERVICE

13 | WASHINGTON STATE,

14 |                     Respondent.

15      l)      The clerk shall arrange for service by certified mail upon respondent and the

16 Attorney General for the State of Washington, copies of the petition, all documents in support

17 thereof.  All costs of service shall be advanced by the United States.  The Clerk shall assemble

18 the necessary documents to effect service.  In addition, the Clerk shall send petitioner a copy of

19 this Order, along with a copy of the Court's General Order regarding pro se litigation.

20      (2)      Within forty-five (45) days after such service, respondent(s) shall file and serve

an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States

21 District Courts.  As part of such answer, respondent(s) should state whether petitioner has

22 exhausted available state remedies, whether an evidentiary hearing is necessary, and whether

23 there is any issue of abuse or delay under Rule 9. Respondent(s) shall file the answer with the

24 Clerk of the Court and serve a copy of the answer upon petitioner.

(3)     The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent my file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 6th day of March 2012.


_____
J. Richard Creatura
United States Magistrate Judge