UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL CURTIS TORREY,<br><br>        Petitioner,<br><br>   v.<br><br>WASHINGTON STATE,<br><br>        Respondent. | CASE NO. C12-5167 BHS-JRC<br><br>ORDER TO AMEND THE CASE CAPTION TO NAME A PROPER RESPONDENT |

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

    Petitioner names the State of Washington as the respondent. Respondent has answered the petition and raises lack of personal jurisdiction as a defense (ECF No. 8, page 8). Respondent states that he does not object to petitioner amending the petition to name a proper respondent. The Court orders that petitioner file a motion to name the proper respondent and provide the Court with the name of the superintendent where he is housed. Petitioner's failure to file the

1 motion on or before July 13, 2012, will result in a report and recommendation that this petition

2 be dismissed for lack of personal jurisdiction. The petition is re-noted on the Court's own motion

3 for July 20, 2012.

4     Dated this 18th day June, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER TO AMEND THE CASE CAPTION TO
NAME A PROPER RESPONDENT - 2