UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL CURTIS TORREY,<br><br>    Petitioner,<br><br>  v.<br><br>WASHINGTON STATE,<br><br>    Respondent. | CASE NO. C12-5167 BHS-JRC<br><br>ORDER TO AMEND THE CASE CAPTION TO NAME A PROPER RESPONDENT |

  The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

  Petitioner names the State of Washington as the respondent. Respondent has answered the petition and raises lack of personal jurisdiction as a defense (ECF No. 8, page 8). Respondent states that he does not object to petitioner amending the petition to name a proper respondent. The Court orders that petitioner file a motion to name the proper respondent and provide the Court with the name of the superintendent where he is housed. Petitioner's failure to file the

motion on or before July 13, 2012, will result in a report and recommendation that this petition be dismissed for lack of personal jurisdiction. The petition is re-noted on the Court's own motion for July 20, 2012.

Dated this 18th day June, 2012.

J. Richard Creatura
United States Magistrate Judge