UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL CURTIS TORREY,<br><br>                Petitioner,<br><br>    v.<br><br>WASHINGTON STATE,<br><br>                Respondent. | CASE NO. C12-5167 BHS<br><br>ORDER ADOPTING A REPORT<br>AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's petition for habeas corpus (Dkt. 1) is **DENIED**;

    (3)    A certificate of appealability is **DENIED**; and

    (4)    This case is closed.

DATED this 5th day of October, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge